FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2022 MAR 23 AM 10: 17

UNITED STATES OF AMERICA

v.  CASE NO. 3:22-cr-34-BJD-MCR
    18 U.S.C. § 922(g)(1)

JEROMY ALFONSO WASHINGTON

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about November 3, 2021, in the Middle District of Florida, the defendant,

JEROMY ALFONSO WASHINGTON,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Aggravated Fleeing or Attempting to Elude a Law Enforcement Officer, (Count One), and Possession of MDMA (Ecstasy), (Count Two) on or about July 30, 2018, in Case No. 2018-CF-001733, Fourth Judicial Circuit Court, Duval County, Florida;

2. Sale, Manufacture or Delivery of Cannabis, (Count One), on or about July 30, 2018, in Case No. 2018-CF-003577, Fourth Judicial Circuit Court, Duval County, Florida;

3. Possession of Cocaine, (Count One), and Possession of more than twenty grams of Cannabis, (Count Two), on or about July 11, 2019, in Case No. 2019-CF-006463, Fourth Judicial Circuit Court, Duval County, Florida; and

    4. Possession of Cocaine, (Count One), and Possession of more than twenty grams of Cannabis, (Count Two), on or about October 8, 2020, in Case No. 2020-CF-008117, Fourth Judicial Circuit, Duval County, Florida,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Ruger .45 caliber pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.    The property to be forfeited includes, but is not limited to, a Ruger .45 caliber pistol, and 10 rounds of .45 caliber ammunition.

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).



ROGER B. HANDBERG
United States Attorney

By: _____
JOHN CANNIZZARO
Assistant United States Attorney

By: _____
FRANK M. TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
3/18/22 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JEROMY ALFONSO WASHINGTON

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

Filed in open court this _23rd_ day

of March, 2022.

_____
Clerk

Bail  $_____

GPO 863 525